WILLIAM McGRANE [057761]
WILLIAM WALRAVEN [262586]
McGRANE LLP
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 766-3590

Attorneys for Intervenor Donna Cangelosi
in her capacity as TDI Representative

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA BARBARA DIVISION

| | |
|---|---|
| MIDLAND PACIFIC BUILDING CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN E. KING, CAROLE D. KING, DOES 1-25, inclusive,<br><br>        Defendants.<br><br>DONNA CANGELOSI, in her capacity as TDI Representative,<br><br>        Intervenor. | AP Case No. 12-01147<br><br>**INTERVENOR DONNA CANGELOSI'S NOTICE OF MOTION AND MOTION TO TRANSFER PROCEEDING TO THE DISTRICT COURT OF NEVADA** |

TO: THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY JUDGE; PLAINTIFF MIDLAND BUILDING CORPORATION; DEFENDANTS JOHN E. KING AND CAROLE D. KING:

PLEASE TAKE NOTICE THAT Intervenor Donna Cangelosi, in her capacity as TDI Representative in the *In re Asset Resolution, LLC* bankruptcy proceeding (Case No. BK – S – 09-32824 RCJ (Nev.)), respectfully moves for entry of an order transferring this action from this court to the United States District Court, District of Nevada, where the *In re Asset Resolution, LLC* bankruptcy is pending before the Honorable Robert C. Jones, Chief Judge of the District Court of Nevada. The motion is made on the grounds—more fully explained in the accompanying brief—that this action involves title to property, the priority of liens on the property, and the value of property of the bankruptcy estate of Asset Resolution, LLC. The Nevada District Court has stated that the issue of title, lien priority and value of the property are a core element of its proceedings.

The motion is based upon this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities and Request for Judicial Notice.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule (LBR) 9013-1(o)(1), motions of this type may be granted without a hearing unless one is specifically requested by filing and serving a written response that complies with Local Bankruptcy Rule 9013-1(a) (7) and request for hearing within 14 days of the date of service of this notice and motion.

PLEASE TAKE FURTHER NOTICE that pursuant to LBR 9013-l(a)(11), failure to file and serve a timely response may be deemed consent to the relief requested in the Motion to Transfer.

WHEREFORE, Intervenor Donna Cangelosi moves the Court to enter an Order transferring this case (AP Case No. 12-01147) to the United States District Court, District of Nevada, where the Asset Resolution, LLC bankruptcy is pending before the Honorable

1 | Robert C. Jones, Chief Judge of the District Court of Nevada (Case No. BK–S–09-32824
2 | RCJ).

3 | Dated: June 14, 2012　　　　　　　　　　　　McGRANE LLP

5 | 　　　　　　　　　　　　　　　　　　　By: /s/ William McGrane
　　　　　　　　　　　　　　　　　　　　　　William McGrane
6 | 　　　　　　　　　　　　　　　　　　Attorneys for Intervenor Donna Cangelosi
　　　　　　　　　　　　　　　　　　in her capacity as TDI Representative